IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PARKER PROPERTY ENGINEER, LLC, | ) | COMPLAINT |
| | ) | |
| Defendant. | ) | |

This is an action by the United States of America to recover two civil penalties from Defendant Parker Property Engineer LLC for submitting false statements in order to receive two Paycheck Protection Program ("PPP") loans totaling $39,500 to which Defendant had no entitlement.

**I.       PARTIES**

1. The Plaintiff in this action is the United States of America ("United States").

2. The Defendant is Parker Property Engineer LLC ("Parker Property"), which is a one-man contracting company operated out of Solon, Ohio.

## II. JURISDICTION AND VENUE

3. This action is brought by the United States under the False Claims Act ("FCA"), 31 U.S.C. §§ 3729-33.

4. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1345.

5. Venue is proper in this district pursuant to 31 U.S.C. § 3732(a) because the Defendant resides in this district.

## III. LEGAL BACKGROUND

6. In an attempt to mitigate the effects of the COVID-19 pandemic, Congress passed the CARES Act which included the Paycheck Protection Program.

7. Administered by the Small Business Administration ("SBA"), the PPP made SBA-backed loans available to qualifying businesses for the purpose of helping businesses keep their workforces employed during the COVID-19 crisis.

## IV. FACTS

### A. THE FIRST PPP LOAN

8. On or about May 26, 2020, Parker Property submitted an application to Cross River Bank requesting a $19,750 PPP loan. In this application, Parker Property submitted a false 2019 Schedule C tax form. In this same application, Parker Property certified that "the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects."

9. In fact, the information was not true and accurate in all material respects because the 2019 Schedule C tax form was fabricated.

10. On or about May 26, 2020, Parker Property's PPP application was approved.

11. On May 28, 2020, the $19,750 PPP loan was deposited into Parker Property's Chase Bank account.

12. As a consequence of Parker Property's actions, Defendant received a $19,750 PPP loan to which Defendant had no right or entitlement.

B. THE SECOND PPP LOAN

13. On or about June 26, 2020, Parker Property submitted an application Parker to WebBank requesting a $19,750 PPP loan.

14. In this application, Parker Property submitted a false 2019 Schedule C tax form. In this same application, Parker Property certified that (i) "the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects" and (ii) "[d]uring the period beginning on February 15, 2020 and ending on December 31, 2020, the Applicant has not and will not receive another loan under the Paycheck Protection Program."

15. In fact, the information was not true and accurate in all material respects because (i) the 2019 Schedule C tax form was fabricated, and (ii) Parker Property had already received a PPP loan on or about May 28, 2020.

16. On or about June 29, 2020, Parker Property's PPP application was approved.

17. On July 1, 2020, the $19,500 PPP loan was deposited into Parker Property's Chase Bank account.

18. As a consequence of Parker Property's actions, Defendant received a second $19,500 PPP loan to which Defendant had no right or entitlement.

COUNT I

<u>FALSE CLAIMS ACT - 31 U.S.C. § 3729(a)(1)(A)</u>

19. Plaintiff realleges and readopts the allegations set forth in the preceding paragraphs as if fully rewritten herein.

20. This is a claim for civil penalties under the False Claims Act, 31 U.S.C. § 3729(a)(1)(A).

21. By the acts described above on or about May 26, 2020, and June 26, 2020 Defendant knowingly presented a false or fraudulent claim for payment or approval to the United States.

22. By reason of Defendant's acts, the United States has been damaged.

WHEREFORE, Plaintiff prays that judgment be entered in its favor and against the Defendant as follows:

a) On Count I, two civil penalties for the false claims made by the Defendant.

        Respectfully submitted,

        MICHELLE M. BAEPPLER
        First Assistant United States Attorney

By:  /s/ J. Jackson Froliklong
        J. Jackson Froliklong (DC: 1613008)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3818
        (216) 522-2404 (facsimile)
        Joseph.Froliklong@usdoj.gov