UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:23-cv-00426 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT JUDGMENT |
| | ) | |
| PARKER PROPERTY ENGINEER, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

On this day came on to be heard the Complaint of the Plaintiff, United States of America ("Plaintiff"), represented by Michelle M. Baeppler, First Assistant United States Attorney, and Jackson Froliklong, Assistant United States Attorney; and the Defendant Parker Property Engineer, LLC ("Parker Property").

The United States filed this action to recover two civil penalties from the Defendant for false statements Defendant made in two applications to receive two Small Business Administration-guaranteed Paycheck Protection Program loans.

The Defendant, having received a copy of the Complaint filed herein, and having read and understood the allegations of the United States contained therein, consents to the entry of this Consent Judgment and to each and every provision thereof without contest, and before any testimony has been taken; and the United States consents to the entry of this Consent Judgment and to each and every provision thereof.

WHEREAS, in order to settle all claims which the United States has against the

Defendant as a result of the facts alleged in the Complaint, and in accordance with a settlement agreement previously entered into by all of the parties to this case, the Defendant agrees that a judgment may be entered against it in the amount of $32,000 plus interest at the post-judgment rate on $22,000 of that amount.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. That this Court has jurisdiction of the subject matter hereof and of all persons and parties hereto pursuant to 31 U.S.C. § 732(a) and 28 U.S.C. § 1345, and that the Complaint states a cause of action against the Defendant.

2. That a judgment is rendered in favor of the Plaintiff against Defendant Parker Property in the amount of $32,000, plus interest from the date of the judgment at the post-judgment rate on $22,000 of that amount.

*Christopher A. Boyko*
_____
UNITED STATES DISTRICT JUDGE

Date: 3/8/2023

APPROVED BY:

MICHELLE M. BAEPPLER
First Assistant United States Attorney

*/s/ Jackson Froliklong*                        Date: 2/26/23

Jackson Froliklong
Assistant U.S. Attorney
Attorney for Plaintiff


PARKER PROPERTY ENGINEER, LLC

*/s/ Melvin Parker*                              Date: 2·20·23

Melvin Parker
Property Engineer, LLC

Defendant